John J. Walsh, Respondent, v. Carter-Crume Company, Limited, Appellant. — Motion denied, without costs.

Amos W. Palmer, Appellant, v. Lucinda D. Pinard, Respondent.— Appeal dismissed, with costs, including ten dollars costs of this motion, unless the appellant files and serves his printed papers on appeal herein within sixty days from service of a copy of this order, with notice of entry hereof, upon condition that the attorney for the respondent deliver to the attorney for the appellant such necessary exhibits as are in possession of the respondent's attorney within ten days, upon being called for by appellant's attorney. It is further ordered, that the appeal herein be ready for argument or submission on Wednesday of the first week of the ensuing September term of this court. No costs allowed to either party on this motion.

James R. O'Gorman, Respondent, v. People's Gas and Electric Company, Appellant.—Judgment and order affirmed, with costs. All concurred.

Thaddeus Sullivan, Respondent, v. Burgard-Wise Construction Company Appellant.— Judgment and order affirmed, with costs. All concurred, except Williams, J., who dissented.

Annie M. Breese, Respondent, v. The Village of Macedon, Appellant.—Judgment and order affirmed, with costs. All concurred.

The People of the State of New York, Respondent, v. John J. Donnelly, Appellant.— Judgment of conviction and order affirmed. All concurred.

Ruth Holmberg, Appellant, v Julia Haskell, Respondent. — Motion for reargument denied, with ten dollars costs and disbursements.

Max Scheller, Appellant, v. James Yule, Respondent.— Motion for reargument denied, with ten dollars costs.— Motion for leave to appeal to the Court of Appeals denied.

William B. Mersereau, Respondent, v. L. K. Hirsch Company, Appellant. — Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs and disbursements.

Earl Herrick v. Pennsylvania Railroad Company.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Spring, J., not sitting.

Susan M. Morgan and Others, as, etc., Respondents, v. Mutual Benefit Life Insurance Company, etc., Appellant.— Motion for leave to appeal to the Court of Appeals granted. The questions to be certified to be settled by and before Mr. Justice Spring, at the City and County Hall, in the city of Buffalo, on Friday, the thirty-first day of May, instant, at two o'clock in the afternoon.

In the Matter of the Application of The Buffalo, Lockport and Rochester Railway Company for the Appointment of Commissioners, etc.— Motion to confirm report of commissioners granted, with costs.

*Sic.*